An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

GARY E. MCKINLEY,
Appellant,
vs.
MEGAN MCCLELLAN; ROBERT
LEGRAND, WARDEN; S. L. FOSTER;
THE STATE OF NEVADA; NEVADA
DEPARTMENT OF CORRECTIONS;
AND ATTORNEY GENERAL,
Respondents.

No. 65793

**FILED**

AUG 0 1 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellant seeks to challenge a district court order denying a motion to clarify a post-judgment order ruling on appellant's request to impose sanctions on respondents or hold them in contempt. No statute or court rule authorizes an appeal from the challenged order, therefore it is not substantively appealable. *See* NRAP 3A(b) (listing orders and judgments from which an appeal may be taken); *see also Taylor Constr. Co. v. Hilton Hotels Corp.*, 100 Nev. 207, 209, 678 P.2d 1152, 1153 (1984). Accordingly, we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

_____

[1]In light of this order, we deny appellant's June 20, 2014, motion to exceed the page limitation for the civil proper person appeal statement.

cc:    Hon. Richard Wagner, District Judge
Gary E. McKinley
Attorney General/Carson City
Pershing County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A